PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name **Black** **Gabriel** _____
     (Last)   (First)   (Initial)

Prisoner Number **V-65533**

Institutional Address **PO BO 409020 IONE, CA 95640**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Gabriel Black**
(Enter the full name of plaintiff in this action.)

vs.

**Warden Surbia**
**Superior Court Santa**
**Clara, State of California**

(Enter the full name of respondent(s) or jailor in this action)

Case No. **CV 08 1151 CRB (PR)**
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS

E-filing

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS       - 1 -

1  Who to Name as Respondent

2        You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.
6        If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10 A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11     1. What sentence are you challenging in this petition?

12        (a)  Name and location of court that imposed sentence (for example; Alameda
13            County Superior Court, Oakland):
14     Superior Court        Santa Clara County
15           Court                        Location

16        (b)  Case number, if known _____
17        (c)  Date and terms of sentence  30 TO LIFE
18        (d)  Are you now in custody serving this term? (Custody means being in jail, on
19            parole or probation, etc.)      Yes  X   No ____
20           Where?  MULE CREEK STATE PRISON
21           Name of Institution: _____
22           Address: PO BO 409020 IONE CA 95640

23     2. For what crime were you given this sentence? (If your petition challenges a sentence for
24 more than one crime, list each crime separately using Penal Code numbers if known. If you are
25 challenging more than one sentence, you should file a different petition for each sentence.)
26 Penal Code 288(a)
27 _____
28 _____

PET. FOR WRIT OF HAB. CORPUS       - 2 -

|   |   |
|---|---|
| 3. Did you have any of the following? | |
| Arraignment: | Yes X   No ___ |
| Preliminary Hearing: | Yes ✓   No ___ |
| Motion to Suppress: | Yes ✓   No ___ |

4. How did you plead?

   Guilty ___   Not Guilty X   Nolo Contendere ___

   Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

   Jury X   Judge alone ___   Judge alone on a transcript ___

6. Did you testify at your trial?   Yes ___   No X

7. Did you have an attorney at the following proceedings:

   (a) Arraignment                          Yes ✓   No ___
   (b) Preliminary hearing                  Yes X   No ___
   (c) Time of plea                         Yes X   No ___
   (d) Trial                                Yes X   No ___
   (e) Sentencing                           Yes X   No ___
   (f) Appeal                               Yes X   No ___
   (g) Other post-conviction proceeding     Yes ___  No ___

8. Did you appeal your conviction?   Yes ✓   No ___

   (a) If you did, to what court(s) did you appeal?

   Court of Appeal                          Yes ✓   No ___
   Year: 05        Result: _____

   Supreme Court of California              Yes X   No ___
   Year: 06        Result: _____

   Any other court                          Yes ___   No ___
   Year: _____    Result: _____

   (b) If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS         - 3 -

|   |   |   |   |
|---|---|---|---|
| | petition? | Yes ____ | No ____ |
| (c) | Was there an opinion? | Yes ____ | No ✗ |
| (d) | Did you seek permission to file a late appeal under Rule 31(a)? | | |
| | | Yes ____ | No ✗ |

If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?     Yes ____   No ✗

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I.  Name of Court: __Superior Court__

Type of Proceeding: __Habeas Corpus__

Grounds raised (Be brief but specific):

a. __IAC - Cruel Unusual Punishment__

b. __Failure to grant right of attachment__

c. __Siezure of Property Denied Jury__

d. __Access__

Result: __Denied__        Date of Result: __05__

II. Name of Court: __Supreme Court__

Type of Proceeding: __Habeas Corpus__

Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS              - 4 -

<’nothing›

a. [handwritten] DENIAL of 1 Flyer Left Jury to "speccu.b.k"
b. [handwritten] clothing was ~~crus~~ crusial for defense
c. [handwritten] cell phone was crusial for defense
d. _____

Result: [handwritten] DENIED         Date of Result: [handwritten] 5L

III. Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____ Date of Result: _____

IV. Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____ Date of Result: _____

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes ____ No [✓]

Name and location of court: _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS         - 5 -

1  need more space. Answer the same questions for each claim.
2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]
5  Claim One: Cruel and unusual punishment.
6
7  Supporting Facts: While victim stated incident was
8  3 seconds long. No skin to skin
9  or touching occured against victim
10  both were asleep.
11 Claim Two: reasonable doubt.
12
13 Supporting Facts: Victim touched cell phone in
14 grazing way. cell phone was in pants
15 during romero hearing it is beyond
16 reasonable doubt that this was possible.
17 Claim Three: reasonable doubt.
18
19 Supporting Facts: Having on two sets of clothes
20 is reasonable, due to broken zipper
21 articles of clothing were enough
22 to prove prove that defendant was
23 fully dressed.
   If any of these grounds was not previously presented to any other court, state briefly which
24 grounds were not presented and why:
25 Court had sufficient evidence to give
26 a misdemeanor rather than felony.
27 patents was given to assist the courts
28 and reversal on grounds of

PET. FOR WRIT OF HAB. CORPUS                    -6-

In Conclusion. Court failed to include articles of clothing and cell phones as requested by Plantiff

~~omitted~~ By not including all evidence and omitting, and allowing Due process. not to take course. Plaintiff ask court to review case.

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:

4  _____

5  _____

6  _____

7  Do you have an attorney for this petition?                Yes____    No  ✗

8  If you do, give the name and address of your attorney:

9  _____

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13  Executed on _____            _____/s/_____
14                    Date                               Signature of Petitioner

15

16

17

18

19

20  (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS          - 7 -

Gabriel Black
V-46533 A-5-143(w)
MCSP
P.O. Box 464000
Rep. CA, 95671

Legal
mail

RECEIVED
FEB 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk
Northern District
Court, US Courthouse
450 Golden Gate Ave
San Francisco, CA 94102