**FILED**
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gabriel Black   Plaintiff,

vs.

Warden Sirpris   Defendant.

CASE NO. CV 08 1151 CRB (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Gabriel Black, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0                                    Net: 0

Employer: 0

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.     Business, Profession or                    Yes ___ No ___
10              self employment
11       b.     Income from stocks, bonds,                 Yes ___ No ___
12              or royalties?
13       c.     Rent payments?                             Yes ___ No ___
14       d.     Pensions, annuities, or                    Yes ___ No ___
15              life insurance payments?
16       e.     Federal or State welfare payments,         Yes ___ No ___
17              Social Security or other govern-
18              ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                                 Yes ___ No _✗_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____   Net $_____
28  4.     a.     List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____  - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).

5  _____
6  _____

7  5.  Do you own or are you buying a home?   Yes ____ No ____
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?   Yes ____ No ____
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account?  Yes ____ No ____ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No ____ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No ____
20 _____

21 8.  What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:

25 | Name of Account | Monthly Payment | Total Owed on this Account |
   | --- | --- | --- |
26 | | $ | $ |
27 | | $ | $ |
28 | | $ | $ |

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____
4  _____
5
6  10.   Does the complaint which you are seeking to file raise claims that have been presented
7  in other lawsuits?   Yes ____   No ____.
8  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
9  which they were filed.
10  _____
11  _____
12       I consent to prison officials withdrawing from my trust account and paying to the court
13  the initial partial filing fee and all installment payments required by the court.
14       I declare under the penalty of perjury that the foregoing is true and correct and
15  understand that a false statement herein may result in the dismissal of my claims.
16
17  _____          _____
            DATE                            SIGNATURE OF APPLICANT
18
19
20                                        Case Number: _____
21
22
23
24
25
26
27
28

- 4 -

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at

[prisoner name] Gabriel Black

MULE CREEK STATE _____ where (s)he is confined.   V-65533
[name of institution] PRISON                          A-143 Low

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: 2/14/08                              _____
                                            [Authorized officer of the institution]

PLEASE SIGN Attached form
AS REQUIRED by THE Courts

— THANK You.

AND RETURN TO Gabriel Black
A-5-143 Low
V-65533

V65533

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___0___ for the last six months at ___Gabriel Black___

[prisoner name]

___Mule Creek State Prison___ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ___0___ and the average balance in the prisoner's account each month for the most recent 6-month period was $ ___0___.

Dated: 2/5/08

___[signature]___

[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                              REPORT DATE: 02/05/08
                                                                     PAGE NO:       1
                  CALIFORNIA DEPARTMENT OF CORRECTIONS
                         MULE CREEK STATE PRISON
                    INMATE TRUST ACCOUNTING SYSTEM
                    INMATE TRUST ACCOUNT STATEMENT

             FOR THE PERIOD: JUN. 01, 2007 THRU FEB. 05, 2008

ACCOUNT NUMBER : V65513                BED/CELL NUMBER: A 050000000143L
ACCOUNT NAME   : BLACK, GABIREL            ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                      TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                      TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL        TOTAL        CURRENT      HOLDS         TRANSACTIONS
 BALANCE     DEPOSITS    WITHDRAWALS    BALANCE     BALANCE        TO BE POSTED
---------    --------    -----------    --------    --------       ------------
   0.00        0.00         0.00          0.00        0.00             0.00

                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE
                                                      -----------
                                                          0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2/5/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

```
REPORT ID: TS3030 .701                                          REPORT DATE: 02/14/08
                                                                PAGE NO:          1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                            MULE CREEK STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 14, 2008

ACCOUNT NUMBER  : V65533                BED/CELL NUMBER: A 05000000001430
ACCOUNT NAME    : BLACK, GABIREL                        ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                          TRUST ACCOUNT ACTIVITY

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT  *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED         *

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                          TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL        TOTAL        CURRENT         HOLDS       TRANSACTIONS
BALANCE       DEPOSITS    WITHDRAWALS     BALANCE        BALANCE      TO BE POSTED
---------    ----------   -----------    ----------    ----------    -------------
   0.00          0.00         0.00          0.00          0.00           0.00

                                                         CURRENT
                                                        AVAILABLE
                                                         BALANCE
                                                       -----------
                                                           0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2/14/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE