FILED
08 MAR 25 PM 12: 33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CV 08  1151

_____, Plaintiff,

vs.

_____, Defendant.

CASE NO. _____ CRB

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS** (PR)

I, _Fabriel Black_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ____ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $0_____  Net: $0_____

Employer: _unemployed_____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.    Business, Profession or              Yes ___ No X
10             self employment
11     b.    Income from stocks, bonds,           Yes ___ No X
12             or royalties?
13     c.    Rent payments?                      Yes ___ No X
14     d.    Pensions, annuities, or             Yes ___ No X
15             life insurance payments?
16     e.    Federal or State welfare payments,   Yes ___ No X
17             Social Security or other govern-
18             ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.

21  _____

22  _____

23  3.     Are you married?                       Yes X No ___
24  Spouse's Full Name: JOKA BLAK
25  Spouse's Place of Employment: UNEMPLOYED
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ 300         Net $ 300
28  4.     a.    List amount you contribute to your spouse's support: $ None

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 2 -

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   _____
6   _____
7   5.   Do you own or are you buying a home?   Yes ___ No _X_
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?   Yes ___ No _X_
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ___ No ___ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.   Do you have a bank account?   Yes ___ No _X_ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ___ No _X_ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No _X_
20  _____
21  8.   What are your monthly expenses?
22  Rent: $ _None_   Utilities: _None_
23  Food: $ _None_   Clothing: _None_
24  Charge Accounts:
25  Name of Account        Monthly Payment            Total Owed on This Acct.
26  _____             $ _____               $ _____
27  _____             $ _____               $ _____
28  _____             $ _____               $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

None

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

None

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3-5-08

DATE                          SIGNATURE OF APPLICANT

```
 1
 2                                                    Case Number: _____
 3                                              )
 4
 5
 6
 7
 8                      CERTIFICATE OF FUNDS
 9                              IN
10                      PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _____ for the last six months
                                              [prisoner name]
14   _____ where (s)he is confined.
          [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_____.
18
19   Dated: _____            _____
                                       [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28
```

**MULE CREEK STATE PRISON**
PERSONNEL OFFICE • POST OFFICE BOX 409099
IONE, CALIFORNIA 95640

COURT CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT
450 GOLDEN GATE AVENUE
16TH FLOOR, SUITE 111
SAN FRANCISCO, CA 94102

CRB



02 1M
0004214248
MAILED FROM ZIP CODE 95640
$00.41⁰
MAR 24 2008
PITNEY BOWES
UNITED STATES POSTAGE

9410213482 C004