CV 08-01151 CRB

I am waiting for my court date. Some inmate said I wont get one without an attorney. Could you please have mercy and keep me up to date. I'm trying to prove my innocence and I know a judge can help

PS could you please get me an attorney

Gabriel Black A-5-144
V-65533
MOSP
IONE, CA 95640

Office of the Clerk
US District Court
450 Golden Gate Ave
San Francisco, CA
94102

