IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL BLACK,                     )<br>              Petitioner,            )<br>      vs.                                    )<br>MICHAEL MARTEL, Acting Warden, )<br>              Respondent.           )<br>_____ ) | No. C 08-1151 CRB (PR)<br><br>ORDER TO SHOW CAUSE<br><br>(Docket # 2, 4 & 5) |

Petitioner, a state prisoner incarcerated at Mule Creek State Prison in Ione, California, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254.  He also seeks appointment of counsel and leave to proceed in forma pauperis under 28 U.S.C. § 1915.

**BACKGROUND**

Petitioner was convicted by a jury in the Superior Court of the State of California in and for the County of Santa Clara of committing a lewd and lascivious act on a child under 14 years of age.  The court also found that petitioner had suffered four prior strike convictions and one prior serious felony

1  conviction. On January 5, 2005, he was sentenced to 30 years to life in state
2  prison.
3        Petitioner unsuccessfully appealed his conviction to the California Court
4  of Appeal and the Supreme Court of California, which denied review on May 10,
5  2006. He also unsuccessfully sought collateral relief from the state courts until
6  the Supreme Court of California denied his final state habeas petition on July 18,
7  2007. The instant federal habeas petition followed.

**DISCUSSION**

A. <u>Standard of Review</u>

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." <u>Id.</u> § 2243.

B. <u>Claims</u>

Petitioner seeks federal habeas corpus relief by raising claims of exclusion of evidence, cruel and unusual punishment, and insufficiency of the evidence. Liberally construed, the claims appear cognizable under § 2254 and merit an answer from respondent. See <u>Zichko v. Idaho</u>, 247 F.3d 1015, 1020 (9th Cir. 2001) (federal courts must construe pro se petitions for writs of habeas corpus liberally).

C. <u>Request for Appointment of Counsel</u>

Petitioner's request for appointment of counsel (docket # 5) is DENIED without prejudice. See <u>Knaubert v. Goldsmith</u>, 791 F.2d 722, 728 (9th Cir. 1986)

2

1  (unless an evidentiary hearing is required, the decision to appoint counsel in
2  habeas corpus proceedings is within the discretion of the district court).
3  Petitioner adequately presented his claims for relief in the petition and an order to
4  show cause is issuing.  Accord Bashor v. Risley, 730 F.2d 1228, 1234 (9th Cir.
5  1984) (although petitioner had no background in law, denial of appointment of
6  counsel within discretion of district court where petitioner clearly presented
7  issues in petition and accompanying memorandum).  The court will appoint
8  counsel on its own motion if an evidentiary hearing is later required.  See
9  Knaubert, 791 F.2d at 728 (appointment of counsel mandatory if evidentiary
10 hearing is required).

**CONCLUSION**

For the foregoing reasons and for good cause shown,

1. Petitioner's request to proceed in forma pauperis (docket # 2 & 5) is GRANTED.

2. The clerk shall serve by certified mail a copy of this order and the petition and all attachments thereto on respondent and respondent's attorney, the Attorney General of the State of California.  The clerk also shall serve a copy of this order on petitioner.

3. Respondent shall file with the court and serve on petitioner, within 60 days of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted.  Respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

/

3

1    If petitioner wishes to respond to the answer, he shall do so by filing a
2    traverse with the court and serving it on respondent within 30 days of his receipt
3    of the answer.
4        4.    Respondent may file a motion to dismiss on procedural grounds in
5    lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the
6    Rules Governing Section 2254 Cases.  If respondent files such a motion,
7    petitioner shall file with the court and serve on respondent an opposition or
8    statement of non-opposition within 30 days of receipt of the motion, and
9    respondent shall file with the court and serve on petitioner a reply within 15 days
10   of receipt of any opposition.
11       5.    Petitioner is reminded that all communications with the court must
12   be served on respondent by mailing a true copy of the document to respondent's
13   counsel.  Petitioner must also keep the court and all parties informed of any
14   change of address.
15   SO ORDERED.
16   DATED:  July 21, 2008
                              CHARLES R. BREYER
17                            United States District Judge

28   G:\PRO-SE\CRB\HC.08\Black, G1.osc.wpd            4

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GABRIEL BLACK, | Case Number: CV08-01151 CRB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. |  |
| SURBIA et al, |  |
| Defendant. |  |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gabriel Black V-65533
MCSP
A-5-143
P.O. Box 409020
Ione, CA 95640

Attorney General's Office
455 Golden Gate Avenue
Ste 11000
San Francisco, CA 94102

Dated: July 21, 2008

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk