FILED
~~RECEIVED~~

JUL 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

July 24, 2008

Your Honorable Judge Charles R Breyer.

Thank you for granting my petition. I am under the presumption to try and work it with the lower courts on case # CV08-01151 CRB

If I am wrong please forgive me. Thank you very much



Gabriel Black
V-76533  A-5-142
MCSP
PO Box 4650 ZO.
Ione, CA 95640

Office of the Clerk
Northern District
450 Golden Gate AVE
San Francisco, CA 94102

07.22.06

c/o D.H.