PRE-opposition

CASE # CV08-01151 CRB.

July 24.

FILED
RECEIVED
JUL 28 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Your Honorable Judge Charles R. Breyer,

I sent a request the lower courts to research all facts.

Attorney General of the State of California was advised to contact the Superior Court of Santa Clara County. Research Department. This is advanced notice that it is proceedurally correct to start at beginning of book. Dealing with 1980 case. When appellant was co-hearsed to go with co-defendant. After 3 visits in which appellant underage was co-hearsed by a man 10 years or more older. During which time appellant was in Native American sweat giving thanks to mother Earth.

In case involving the attempted murder of a window when 16 year old with no prior cases was co-hearsed by a man 10 years or older is grievouser since appellant had no prior contact for at least 2 years with co-defendant.

He knew not if co-defendant and female victim knew each other since both walked away together and left together.

what conversation they had appellant is not privy to. At scene of crime co-defendant fist fought another man of similar age for about 2 to 3 seconds 100 or more feet from appellants was it out of jealousy? Since appellant knew of no girl because it was night fall and no light until they walked away after the lady and co-defendant realized they left youth stopped about 150-200 or more away. and co-defendant then called appellant stupid and to get in car back seet.

Co-Hearced by attorney to keep quiet during plea was inneffective. concidering that appellant didn't know prior to this moment what his co-defendant was pleaing to. Lady who just had a misscarrage is viewed by 16 year old as a woman who wanted a child. Falsely Imprisonment of his co-defendant was done in jealasy. with intent a Two people sex scene should be done in privacy unless all parties agree. At 16 appellant did not agree.

Did co-defendant know female prior to day was fight over another man. spending time with co-defendants girlfriend. This is what appellant thought at time, was true. appellant was a virgin at time with no prior understanding of such matters of the Heart.

Respectfully Submitted

Gabriel Black
V-65533  A-5-142w
MCSP
PO Box 409020
ZONE, CA
95640

Legal mail



office of the clerk
Northern District
450 Golden Gate AVE
San Francisco, CA 94102

*[Signatures and dates 7/24/08, rotated 90°]*