08-01151-CRB

RECEIVED
FILED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Your Honor I wrote the World Court through the Amnesty International. As you know in 1980 I attempted to murder a car window adopted by the Lacota tribe I've spent 30 years in shock.

My co-defendant co-hearsed me by repeatedly coming over to where I was living. I was 16 he 26. I had not seen him in years.

After finding out the girl he tried to have sex with wasnt his wife as she told him she just had a misscarrage. That he was actually attempting to rape her. He was drunk. And I didnt drink. I thought that his fight with the guy who was with her. Was becaue he was just jelous. At the time I was still a virgin. I thought they were trying to teach me the birds and the bees. I wasnt ready. It should have been with words first. Then they could have shown me.

Maybe if he wasn't drunk it would have worked out. But to much wine is not good. Anyhow. I promised you. I

would write the world court to help you cause they should act faster and speak less

Gabriel Black

Gabriel Black
V-45573  A-5-142
NLSP
PO Box 405020.
ZONE A.    94102

LEGAL
mail.

Clerk
Northern District.
450 Golden Gate Ave.
San Francisco, CA
94102



UNITED STATES POSTAGE
PITNEY BOWES
02 1M     $ 00.42⁰
0004214248   JUL 28 2008
MAILED FROM ZIPCODE 95640

9410232661 0004

*[signature]* 7/26/08