FILED

IN THE UNITED STATES 08 AUG -5 AM 10:33

DISTRICT COURT OF California

CRB

| | |
|---|---|
| Gabriel Black | No C08-1151 (PR) |
| Petitioner, | |
| vs. | Notice of Opposition |
| Warden Serbia, Attorney General | |

Petitioner opposes the fact that the attorney general has not yet contacted said parties, Chemo Chandaloria, Brenda Green, Milton Lopez, Jr. or Justine Black, as a result petitioner has been denied without cause, his right to due process under the flag of the United States Constitution.

As a result petitioner has no other right but to contact the world court, to settle this matter fairly, and expediant, with all parties in concern. The abusive state has ignored the rights of all parties has ignored the Northern District but more fairly has ignored the Honorable Judge Charles R. Breyer, and in doing so shall pay the price

of a much higher court, the world court. Through the united nations and by execution the President Barrach Obama and worse his wife. Who will not tolerate this very act of treason by the Attorney General and those below him and in so doing will segregate California as property of the united nation. And the united nation will cut off the Attorney General for ever and ever. And label him as a traitor to the very honor of the Flag for which it stands under God. So help you God.

Sincerely ours Repeatedly

Gabriel Black

Gabriel Black
V-60533 A5-142
MCSP
PO Box 409020
Ione CA 95640

Legal mail

US District Court
Northern District
450 Golden Gate AVE
San Francisco, CA
94102

Return to Sender

9410255660 0017

United States Postage
Pitney Bowes
02 1M
0004214248
$00.590
JUL 28 2008
MAILED FROM ZIP CODE 95640

07/05/08 *[signature]*