Gabriel Black (V65533)
MCSP    A-5-142U
PO Box 409020
Ione, CA 95640

FILED
08 AUG -5 AM 10:33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court

| | |
|---|---|
| Gabriel Black<br>    Petitioner. | ) Points and Authorities<br>) in Support of Traverse<br>)<br>) C-08-1151 CRB (PR) |
| v. | |
| Warden Subia, Attorney General<br>    Respondant. | |

## Preliminary Statement

Petitioner was charged in Santa Clara County for attempting to murder a car window after being co-hearsed by Milton Lopez Jr. who came to Native American's house Chomo Chordalons 3 times. while engaging in giving honor to Mother Earth on January 22, 1980.

During course of night Mr Lopez being 10 years senior to appellant who was 16 and 20 days old. who had not previously had any contact at least 2 years prior and maybe 5. stumbled on to who appellant

THOUGHT WAS MR LOPEZ'S GIRLFRIEND BRENDA GREEN 21 YR OLD WHITE FEMALE.

Having overheard appellant to break window of male about same age as Mr Lopez. Appellant took an extra step. and actually tried to murder it.

Mr Lopez and male moved away from car. And Ms Green and appellant for up to or more then 100 feet. away where they had a 2 to 3 second fight. Mr Lopez walked 100 feet back to where appellant and Ms Green were. appellant did not know Ms Green was in car. due to night fall and do to fact that he was observing 2 grown men fighting

Ms Green and Mr Lopez walked to Mr Lopez's car. Appellant thinking it was his girlfriend. Because both left appellant and drove off about 200 feet. before they realized they left appellant behind. Because Lower court refuses to contact Ms Green appellant files this traverse. against the state. Not believing the state to due right

In the time it took appellant to get in backseat appellant does not know what conversation occured. He asumed it was an argument over the other male.

For about 5 minutes or less. Nothing was said in car. until Ms Green stated she just had a misscarrage. Appellant believing it was the child of his co-defendant Falsely imprisoned him. Feeling that trying to reproduce shand be done privately. because appellant was still a virgin and lived a very sheltered life. scared to see such an act. He acted violently toward co-defendant. And told him to leave Ms Green alone.

~~Appellants Counsel~~
Appellants Counsel then co-hearsed appellant to not speak in court and to only answer Judges question. In return we recieved nine years. It was at hearing that appellant first realized his co-defendant had actually kidnapped and attempted to rape Ms Green. Attorney General of California has denied contacting Ms Green and appellant believes the Attorney General will act as it has. Denying summarily all his request.

In the case of appellants 2004 case. A flyer was passed out in neiborhood appellant acted on it while asleep for approximately 3 seconds. As a result of a Mr Gonzales. who's family lived in the neiborhood crept through a window in the house. Appellant wife refused to explain this to appellants attorney or attorney was innefective.

Appellant would stay in garage to listen to the footsteps of mr gonzales or his family. as both were coming around his wife. and kids. while doing a permeter check as he always did. he passed out after looking out victims room. appellant received 30 to life. In this case attorney General has summarily denied immediate action by calling victim and humbly request that the federal courts remand appellant to Santa Clara County. for immediate action

Respectfully Submitted

Crosniel Black